109 P.3d 706

# SUPREME COURT OF HAWAI'I

United Public Workers, AFSCME, Local 646, AFL-CIO v. Hanneman ......................... 25442     03/21/2005   Denied     106 Hawai'i 359, 105 P.3d 236

Doe, In re ...................... 26105     03/21/2005   Denied     106 Hawai'i 530, 107 P.3d 1203

State v. Konohia ................. 25489     03/18/2005   Denied     106 Hawai'i 517, 107 P.3d 1190